## Case No. 431.

### ANONYMOUS.

[2 Amer. Law Rev. (1859,) 359.]

Circuit Court, D. Tennessee.

CONFLICT OF LAWS—FOREIGN ADMINISTRATOR.

Payment of a debt, at the domicil of a debtor, to a foreign administrator, is no defence to a suit by the administrator subsequently appointed under authority of the state in which the debtor is domiciled. This decision follows the opinion of Judge Story, in his Conflict of Laws, § 514, and the case of Young v. O'Neal, 3 Sneed. 55. The court distinguish the cases of Doolittle v. Lewis, 7 Johns. Ch. 45, and Nisbet v. Stewart, 2 Dev. & B. 24, the decisions in which have been supposed to support the opposite view.

[Decided by Trigg, District Judge. Nowhere reported; opinion not accessible.]

---

## Case No. 432.

### ANONYMOUS.

[5 Blatchf. 134.][1]

Circuit Court, S. D. New York. Jan. 21, 1863.

WITNESS—ATTENDANCE AND FEES—MILEAGE.

Traveling fees to a witness are allowable only to the extent a subpoena will run; that is, for any distance within the district, but for not exceeding 100 miles from the place of trial, unless the distance is wholly within the district.

[Cited in Beckwith v. Easton, Case No. 1,212; Dennis v. Eddy, Id. 3,793; Haines v. McLaughlin, 29 Fed. 70; Young v. Merchants' Ins. Co., Id. 275; The Vernon, 36 Fed. 116; Buffalo Ins. Co. v. Providence & S. S. S. Co., 29 Fed. 237; Wooster v. Hill, 44 Fed. 819. Disapproved in U. S. v. Sanborn, 28 Fed. 303, 304.]

[See Eastman v. Sherry, 37 Fed. 844; Smith v. Chicago & N. W. Ry. Co., 38 Fed. 321; The Syracuse, 36 Fed. 830.]

Before NELSON, Circuit Justice, and SHIPMAN, District Judge.

In this case, which was a question of the taxation of costs, SHIPMAN, District Judge, with the concurrence of Mr. Justice NELSON, held, that traveling fees to a witness were allowable only to the extent a subpoena would run; that is, for any distance within the district, but for not exceeding 100 miles from the place of trial, unless the distance was wholly within the district.